IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Roberts, Marvette

Printed: 4/22/08

Case Number: 05 B 07716
Judge: Wedoff, Eugene R
Filed: 3/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 6, 2008
Confirmed: April 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,531.00 |  |
| Secured: |  | 2,725.45 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,535.00 |
| Trustee Fee: |  | 270.55 |
| Other Funds: |  | 0.00 |
| Totals: | 5,531.00 | 5,531.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,535.00 | 2,535.00 |
| 2. | Capital One Auto Finance | Secured | 9,548.11 | 2,725.45 |
| 3. | State Farm Insurance Co | Unsecured | 99.84 | 0.00 |
| 4. | Discover Financial Services | Unsecured | 187.05 | 0.00 |
| 5. | Capital One Auto Finance | Unsecured | 220.79 | 0.00 |
| 6. | RMS | Unsecured | 371.80 | 0.00 |
| 7. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 8. | National Louis University | Unsecured |  | No Claim Filed |
| 9. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
|   |   |   | _____ | _____ |
|   |   |   | $ 12,962.59 | $ 5,260.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 32.52 |
| 3% | 15.78 |
| 5.5% | 144.03 |
| 5% | 8.00 |
| 4.8% | 48.62 |
| 5.4% | 21.60 |
|  | _____ |
|  | $ 270.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Roberts, Marvette | Case Number:  05 B 07716 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  3/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

